**COM.**

v.

**MAIHLE, E.**

**1040 WDA 2016**

Superior Court of Pennsylvania.

04/19/2017

CP–03–CR–0000694–2015 (Armstrong)

Affirmed

**THOMPSON, D.**

v.

**ABRAM, K.**

**1231 WDA 2016**

Superior Court of Pennsylvania.

04/19/2017

FD–08–003646–010
(Allegheny)

Affirmed/Vacated/Remanded

**COM.**

v.

**MONROE, E.**

**1523 WDA 2016**

Superior Court of Pennsylvania.

04/19/2017

CP–26–CR–0000217–1997
(Fayette)

Affirmed

**COM.**

v.

**GODINES, J.**

**1586 WDA 2016**

Superior Court of Pennsylvania.

04/19/2017

CP–26–CR–0000524–2012 (Fayette)

Affirmed